IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                           CRIMINAL NO. 1:05cr81WJG-JMR-1

LONG THAN NGUYEN

ORDER FINALIZING FORFEITURE

THIS MATTER is before the Court on the motion [89-1] of the United States of America [United States] for an order finalizing the forfeiture of certain properties belonging to Defendant Long Than Nguyen.  After review of the court record in this matter, and upon the United States' representation that, with respect to the need for a third-party ancillary proceeding regarding the property forfeited by the Agreed Preliminary Order of Forfeiture [Ct. R., Doc. 67], the following property has been administratively forfeited with notice of the seizure and intent to forfeit having been published and sent to each party appearing to have an interest in the property through the administrative process; and no one having filed a claim to the property as provided by the notice, the Court finds that the United States' motion is well taken and should be granted.  It is, therefore,

ORDERED AND ADJUDGED that the following described property be, and is hereby, forfeited:

PERSONAL PROPERTY

1. $1,000.00 in United States Savings Bonds

2. $8,000.00 in United States Currency

as ordered by the Agreed Preliminary Order of Forfeiture (Ct. R., Doc. 67) signed by Long Than Nguyen and his attorney, William Carl Miller, entered by the Court on February 6, 2006, and filed of record on the docket March 8, 2006. It is further,

ORDERED AND ADJUDGED that the $49,940.00 in United States Currency be, and is hereby, dismissed from this forfeiture action without prejudice. It is further,

ORDERED AND ADJUDGED that the 2000 Lexus GS 300 be, and is hereby, dismissed from this forfeiture action without prejudice. It is further,

ORDERED AND ADJUDGED that the requirement of commencing or completing the ancillary proceeding as required by the Agreed Preliminary Order of Forfeiture is hereby canceled; the Agreed Preliminary Order is made a final order of forfeiture for all purposes; and the Clerk of Court is hereby authorized to close the forfeiture segment of this case. It is further,

ORDERED AND ADJUDGED that the above property shall be disposed of by the appropriate federal agency in accordance with law and regulations.

SO ORDERED AND ADJUDGED this 21st day of August, 2006.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE